CRAIG J. LEFF
California Bar No. 202144
2207 Catalina Boulevard
San Diego, California 92107
Telephone: (619) 758-1712
Facsimile:   619) 353-3821
E mail: cleff@lefflegal.com

Attorney for Plaintiff
SEAN HOFFARTH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HOFFARTH,<br><br>　　　　　Plaintiff,<br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; DOES 1 THROUGH 100,<br><br>　　　　　Defendants. | Case No.    11 cr 0450-LAB(BLM)<br><br>**ATTORNEY DECLARATION IN SUPPORT OF REQUEST TO ALLOW LATE FILING** |

I, CRAIG J. LEFF am familiar with the facts of this matter and if called upon to testify, would competently testify as follows:

(1) I am attorney licensed to practice law in the State of California;

(2) I am the attorney of record for Plaintiff SEAN HOFFARTH in this matter;

(3) I am requesting the Court allow late filing of Mr. Hoffarth's fist amended complaint; and to allow the filing of a Motion for Reconsideration;

(4) I could not file Mr. Hoffarth's First Amended complaint without also filing his Motion for Reconsideration.  Filing the Amended complaint without the Motion would operate as a waiver of the Motion and would operate as a waiver of any appeal of both the Court's decision to dismiss Mr. Hoffarth's Monell claims and any appeal of the Motion for Reconsideration;

(5) With counsel's court schedule and filing schedule from December 15, 2011 through today's date, this is the fastest these documents could be completed and filed.  Counsel

1

1 | respectfully requests leave to file the First Amended Complaint and the Motion for
2 | Reconsideration on this date.
3 |     I declare the foregoing to be true and correct under penalty of perjury under the laws of the
4 | United States and the State of California, except as to those facts stated on in formation and belief, and
5 | as to those facts I believe them to be true.
6 | Dated: January 13m 2012          S/s *Craig J. Leff*
    Craig J. Leff
7 | Declarant